# LAW OFFICES OF
# DANIEL A. MCGUINNESS, PC

353 LEXINGTON AVE, SUITE 900, NEW YORK, NY 10016
TEL: (212) 679-1990 · FAX (888) 679-0585 · EMAIL: DAN@LEGALMCG.COM

January 9, 2023

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. It is hereby ORDERED that counsel of record (i.e., current counsel), the Defendant, CJA counsel on duty, and counsel for the Government appear on January 12, 2023, at 10:00 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The Clerk of Court is directed to terminate Doc. #56. SO ORDERED.
>
> *[signature]*
>
> January 10, 2023

Re: *United States v. Ornelas*, 22 Cr. 552(JMF)

Dear Judge Furman:

    I represent Edward Alvarado Segura in the above-captioned matter. I write to respectfully request to be relieved from representing Mr. Alvarado and have replacement CJA counsel appointed. It has recently come to my attention that my representation in this matter presents a conflict with my representation of another CJA client in *United States v. James Hernandez*, 22 mag 8825 in this District. I belive Mr. Alvarado Segura's interests are best represented with the appointment of new counsel.

    I thank the Court in advance for its consideration of this request.

                                    Sincerely,

                                    Daniel A. McGuinness

Cc:    AUSA Kaylan Lasky (via email)
         AUSA Edward Robinson (same)