# WL| Wright Law
### ATTORNEY AT LAW

---

**299 B**ROADWAY**, S**UITE **708**
**N**EW **Y**ORK**, NY 10007**
**O**FFICE **(212) 822-1419 • F**ACSIMILE **(212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

May 22, 2023

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The plea hearing is hereby RESCHEDULED to May 31, 2023, at 2:30 p.m. The Clerk of Court is directed to terminate Doc. #83. SO ORDERED.
>
> [signature]
> May 22, 2023

**Re:** *United States* **v.** *Edward Alvarado Segura (22-CR-552 JMF)*

Dear Judge Furman,

    I represent Edward Alvarado Segura in the above indictment and write to respectfully request an adjournment of Segura's plea hearing currently scheduled for May 24, 2023, at 3:15pm. Due a personal family matter I am unable to appear in court on May 24, 2023.

    The instant request is made with the gracious consent of the government. The parties request that the Segura plea hearing be rescheduled to May 31, 2023 at 2:30pm.

    Thank you.

Sincerely,
/s/
Christopher Wright