# WL| Wright Law
## ATTORNEY AT LAW

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

August 25, 2023

*Application GRANTED. Sentencing is hereby ADJOURNED to October 10, 2023, at 11:15 a.m. The Clerk of Court is directed to terminate Doc. #98. SO ORDERED.*

*[signature]*
*August 25, 2023*

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

**Re:** *United States* **v.** *Edward Alvarado Segura,* **22-cr-00552 (JMF)**

Dear Judge Furman:

I represent Edward Alvarado Segura in both of the indictment and write today to respectfully request a short adjournment of Mr. Segura's sentence which is currently scheduled for September 14, 2023. This is my first request for an adjournment of my client's sentence.

I make this request in that I just received the final U.S. Department of Probation Presentence Report which I will have to get translated into Spanish (my client only speaks Spanish) which may cause some delays. In addition, my client is currently held in Essex County Jail and there are important sentencing issues I need to further explore with him and scheduling a counsel visit at the Essex County Jail with a Spanish translator can be difficult. Finally, my client's family is collecting medical records necessary for the defense sentencing memo and they need another week or so to finalize that task.

I therefore, respectfully request a new date for Mr. Segura's sentence during the first or second week of October that works best for the Court.

I have advised counsel for the government, AUSA Kaylan Lasky, regarding the instant application and the government consents.

Sincerely,
/s/
Christopher Wright