# WL| Wright Law
## ATTORNEY AT LAW

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

September 25, 2023

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to October 18, 2023, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #100. SO ORDERED.
>
> *[signature]*
>
> September 26, 2023

**Re:** *United States* v. *Edward Alvarado Segura,* **22-cr-00552 (JMF)**

Dear Judge Furman:

I represent Edward Alvarado Segura in the above indictment and write to respectfully request a one week adjournment of Mr. Segura's sentence date from October 10, 2023, until October 17, 2023. I make this request with the gracious consent of the government.

Sadly, an elderly family member passed away over this past weekend and the events around this death have hindered my ability to finish Mr. Segura's sentencing memo and meet with my client to review his sentencing memo at his jail in Essex County, New Jersey. As a result I respectfully request that the Court afford me a few more days to finish the memo and confer with my client. A change in the sentence date to October 17, 2023, would allow the undersigned to accomplish that.

Thank you in advance and I apologize for any inconvenience.

Sincerely,
/s/
Christopher Wright